█ The People of the State of New York, Respondent, v Donald J. Pursel, Appellant. [788 NYS2d 925]—Judgment

unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Allegany County Court, James E. Euken, J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Pine, JJ.